# Court of Appeals
# of the State of Georgia

ATLANTA,  June 13, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1339. GRADY M. THOMPSON, JR. v. JACKY LEE.**

This case began in magistrate court when Grady Thompson, Jr., filed a dispossessory action against Jacky Lee. Lee filed a personal injury counterclaim for damages. The magistrate court dismissed Thompson's claim and entered judgment for Lee for $4,894.82 on his counterclaim. Thompson appealed the judgment to superior court. After the parties entered into a consent agreement on the dispossessory issue, the superior court entered judgment for Lee on his counterclaim in the amount of $3,671.12. Thompson thereafter filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, appeals from superior court decisions reviewing lower court decisions by certiorari or de novo proceedings must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Second, appeals in actions for damages in which the judgment is $10,000 or less must be brought by discretionary application. OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996).

Thompson's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,  06/13/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , Clerk.